## Day and Zimmermann, Inc., Appellant, v. Blocked Iron Corporation of America.

Argued November 19, 1958. Before JONES, C. J., BELL, MUSMANNO, JONES, COHEN and BOK, JJ.

*Lewis H. VanDusen, Jr.*, with him *Robert S. Ryan*, and *Drinker, Biddle & Reath*, for appellant.

*H. Francis DeLone*, with him *W. Thomas Berriman*, and *Barnes, Dechert, Price, Myers & Rhoads*, for appellee.

Opinion Per Curiam, January 12, 1959:

The order of the lower court striking off plaintiff's lien is affirmed on the opinion of Judge Waters which is reported in 15 Pa. D. & C. 2d 251.